UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

    v.

ALVIN CUSTODIO VERZOSA,

    Defendant.
_____/

No. C 10-5134 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiff's application for default judgment by the court.

    The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

    IT IS SO ORDERED.

Dated: February 22, 2011

                                            PHYLLIS J. HAMILTON
                                            United States District Judge

cc: Sue, Assigned M/J